IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02153-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

WARDEN BERKEBILE,

    Defendant.

---

ORDER DISMISSING CASE

---

    Plaintiff is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado. On September 12, 2013, Plaintiff submitted a Notice of Dismissal to the Court. For the following reasons, the Court will dismiss the action.

    Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Defendant has not filed an answer in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* 8-41 James Wm. Moore et al., Moore's Federal Practice § 41.33(6)(a) (3d ed. 1997); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The case, therefore, will be closed as of September 12, 2013, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Notice of Dismissal, filed on September 12, 2013, ECF No. 7, is effective as of September 12, 2013, the date Plaintiff filed the Notice in this action.

DATED at Denver, Colorado, this  19th  day of    September    , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court